Case No. 16-3189

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

In re: POLYURETHANE FOAM ANTITRUST LITIGATION

------------------------------

DIRECT PURCHASER CLASS; INDIRECT PURCHASERS; DIRECT ACTION PLAINTIFF(S)

      Plaintiffs

INDIRECT PURCHASER CLASS

      Plaintiff - Appellee

v.

DEFENDANTS LIAISON COUNSEL

      Defendant

 and

PATRICK S. SWEENEY

      Objector - Appellant

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

  It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

  It is further **ORDERED** that the appellee's motion to dismiss for failure to post court-ordered appeal bond is denied as **MOOT**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 18, 2016